UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - MQ
August 21, 2020 10:43 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY:

KEITH BAGLEY,
    Plaintiff,

Case No. **2:20-cv-151**
HON. _____
Paul L. Maloney - U.S. District Judge
Maarten Vermaat - Magistrate Judge

V.

UNKNOWN EUBANKS,
    Defendant,  /

PLAINTIFF'S CIVIL COMPLAINT
PURSUANT TO 42 U.S.C. 1983

    **NOW COMES** Plaintiff Keith Bagley, in Pro Per, files this lawsuit against Defendant Eubanks for violating his First and Fourteenth Amendment rights to the U.S. Constitution. The Plaintiff is suing Eubanks in his Official and Personal capacity.

JURISDICTION:

1) This Honorable court has jurisdiction in this matter pursuant to 42 U.S.C. 1331, and 28 U.S.C. 1337.

VENUE:

2) Venue is proper as the Constitutional violations occurred in the Western District of Michigan, Southern Division. 28 U.S.C. 1391.

PRESENT CONFINEMENT:

4) The Plaintiff is currently confined at the Kinross Correctional Facility, 4533 W. Industrial Park Dr., Kincheloe, MI. 49788.

LOCATION OF VIOLATION:

5) The violations in this case occurred at the Alger Correctional Facility (LMF), N 6141 Industrial Park Dr., Munising, MI. 49862.

PARTIES:

6) Keith Bagley #885214 is the only Plaintiff in this case.

DEFENDANT:

7) Unknown Eubanks the Defendant in this case, was and still is a Correctional Officer(C/O) at the Alger Correctional Facility, N 6141 Industrial Park Dr., Munising, MI. 49862.

EXHAUSTION:

8) The Plaintiff did exhaust his administrative remedies that were available to him, by filing grievance LMF-2019-07-0828-26B; when the Plaintiff tried to file a grievance on the Defendant for retaliation, the grievance coordinator informed the Plaintiff that his grievance would be duplicative, and therefore will be rejected. (See attached.)

## STATEMENT OF FACTS

On 7/06/2019, the Plaintiff was assigned to work in Food Service, while on his Food Service assignment (Sanitation), the Defendant Eubanks told the Plaintiff to pick up trash bags that had discarded food in them, that weighed approximately 75 pounds, the Plaintiff told the Defendant that he could not lift the bags, and explained his medical his-tory to Defendant Eubanks, that he has had heart, shoulder, and back surgeries, the Plaintiff told

Eubanks that he has medical details that would prove what he is saying, the Defendant responded "I don't care about none of that, get over here and do the trash." The Plaintiff again, pleded with the Defendant, and stated "Please don't make me do this, I'm telling you the truth, I've have these surgeries, and I'm in no condition to do what your asking me." The Defendant responded, "I don't care about that, if you don't get over here and do this trash, your getting a DDO, and I'm going to put you in segregation." Fearful that the Defendant will make good on his threats, the Plaintiff complied with the unreasonable instruction and tried to lift one of the bags, at that moment the Plaintiff's back snapped, and instant pain shot through his back and legs (on a scale from 1-10 the Plaintiff's pain was a 8-9), the Plaintiff complained and continued to plea with the Defendant while still doing the impossible task, but his pleas went and fell on deaf ears, the Plaintiff did what was asked of him, and worked until the end of his assignment as best he could, the Plaintiff then wrote a grievance on the Defendant, and submitted a healthcare kite, the Plaintiff was immediately laid-in, as he has a documented history of heart, shoulder, and back surgery, and had "Special Accommodation Orders" for Bottom Bunk, Ground Floor/No steps since 2013, these orders are in  the Plaintiff's file as all other prisoners and had the Defendant checked, he would have known this, but he didn't care, which is why he abused his authority without any regard to the Plaintiff's health.

On 7/07/2019, Defendant Eubanks came to the Plaintiff's unit and stated "So your not going to work huh? Your going to bitch up

huh, well if your not going to work, then I'll make sure you'll never work." The Plaintiff wrote the grievance coordinator and asked if he could write a grievance on Eubanks for his retaliatory threats and the grievance coordinator wrote the Plaintiff back and said that the grievance would be duplicative. On 7/09/2019 when the Plaintiff went to heathcare about the re-injury to his back, he was placed on permanent work restriction.

The Plaintiff contends that since his re-injury he has been deprived of sleep, as he only gets approximately an hour of sleep before he is awaken by the pain, the Plaintiff also contends that the pain from the re-injury prevents him from exercising (walking) as the pain is too much to bear, and that he has to miss certain meals because it hurts too much to walk to the chowhall.

I, Keith Bagley, declare under the penalty of perjury that the forgoing is TRUE and CORRECT, under 28 U.S.C. 1746.

Respectfully,

_____
Sign

Keith Bagley
Print

6 8 2020
Date

## CONCISE STATEMENT OF CLAIM

The Plaintiff Keith Baley is suing the Defendant Eubanks in his official and personal capacities for violating his Eighth Amendment claim to the U.S. Constitution, when the Defendant forced the Plaintiff to perform a duty that the Plaintiff told him he was incapable of performing, as a result the Plaintiff suffered extreme pain, pain that he still suffers from the lack of medical treatment, the pain only allows the Plaintiff to get approximately one hour of sleep at night, the rest of the time be restless hours of tossing and turning, and because of the pain, sometimes he can't make it to the chowhall to eat so he has to go hungery.

The Plaintiff also is suing the Defendant in his official and personal capacities for violating his first amendment right to the U.S. Constitution, for threating the Plaintiff, after the Plaintiff informed the Defendant that he was going to write a grievance on him for forcing him to perform a duty he could not perform which re-injured his back, the Defendant threatened the Plaintiff, that the Plaintiff would never get another job, three days later, healthcare issued the Plaintiff a detail restricting him from working at all.

The Plaintiff is suing the Defendant for compensatory and punitive damages in the sum of one hundred thousand dollars.

Respectfully,

_____
Sign

Keith Bagley
Print

Date: 8-8-2020

Keith Bagley #885219
KinRoss Corr. facility
4533 W. Industrial Park DR
Kincheloe, MI 49788

United
229 P
P.O.
Mar

ZIP 49788  $002.80
02 4W
0000361578 AUG 19 2020

...tates District Court
...st Office & Federal Building
Box 698
...quette, MI 49855