UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEITH BAGLEY,

    Plaintiff,

v.

                                    Case No. 2:20-cv-151

UNKNOWN EUBANKS,                  HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 7, 2021, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 16) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 11) is DENIED.

Dated:  May 5, 2021                                             /s/  Paul L. Maloney
                                                                      Paul L. Maloney
                                                                       United States District Judge